John H. Feeney - 083395
MURPHY, PEARSON, BRADLEY & FEENEY
88 Kearny Street, 10th Floor
San Francisco, CA  94108-5530
Tel:    (415) 788-1900
Fax:    (415) 393-8087

Attorneys for Defendant
CONTINENTAL CASUALTY COMPANY

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIERRAMOORE, INC. a California corporation,<br><br>    Plaintiff,<br><br>v.<br><br>CONTINENTAL CASUALTY COMPANY, an Illinois corporation and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No.: 2:12-CV-01926-MCE-EFB<br><br>STIPULATION TO ADJOURN THE DUE DATE FOR PARTIES TO SUBMIT JOINT STATUS REPORT |

WHEREAS, pursuant to Local Rule 143, parties may make stipulations in writing, signed by all attorneys who have appeared in the action and are affected by the stipulation.

WHEREAS, per the Court's Order Requiring Joint Status Report, the Parties are currently required to submit a joint status report by September 21, 2012;

WHEREAS, the Parties have agreed to private mediation to take place on November 1, 2012 in Santa Rosa, California.

WHEREAS, good cause exists to extend the current deadline to submit the joint status report after the Parties have had such time to conduct the mediation and potentially effect a settlement of this matter, eliminating the need to  further litigation in front of this Court.

///

///

- 1 -

Stipulation

1  THEREFORE, contingent upon the Court's permission, the Parties have stipulated that:

2  The Parties shall have until fifteen (15) days following the November 1, 2012 mediation to file
3  the joint status report. On or before Friday, November 16, 2012, the Parties will report to the Court on
4  the results of the mediation and submit a joint status report or request such other and further relief as
5  may be necessary or appropriate.

6  **So stipulated.**

7  Dated: September 25, 2012              WILEY REIN LLP

9                                         By s/ John E. Barry
10                                             John E. Barry (SBN 216606)
                                               Attorneys for Defendant
11                                             CONTINENTAL CASUALTY COMPANY

13 Dated: September 25, 2012              MURPHY, PEARSON, BRADLEY & FEENEY

15                                         By s/John H. Feeney
16                                             John H. Feeney (SBN 083395)
                                               Attorneys for Defendant
17                                             CONTINENTAL CASUALTY COMPANY

19 Dated: September 25, 2012              SPROUL TROST

21                                         By s/Gregory L. Maxim
22                                             Gregory L. Maxim (SBN 204242)
                                               Attorneys for Plaintiff
23                                             Vierramoore, Inc.

- 2 -

Stipulation

**<u>ORDER</u>:**

Pursuant to the Parties' stipulation, the Parties shall file a joint status report on or before November 16, 2012.

IT IS SO ORDERED.

Dated: September 25, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

Stipulation