Thomas G. Trost (SBN 151961)
Gregory L. Maxim (SBN 204242)
SPROUL TROST LLP
3200 Douglas Boulevard, Suite 300
Roseville, California 95661
Telephone: (916) 783-6262
Facsimile: (916) 783-6252

Attorneys for Plaintiff/
Counterclaim Defendant VierraMoore, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIERRAMOORE, INC.; a California corporation<br><br>Plaintiff;<br><br>v.<br><br>CONTINENTAL CASUALTY COMPANY; an Illinois corporation and DOES 1 through 10, inclusive;<br><br>Defendants. | Case No. 2:12-CV-01926-MCE-EFB<br><br>**ORDER APPROVING STAY ON CASH DEPOSIT IN LIEU OF SUPERSEDEAS BOND**<br><br>Judge:   Hon. Morrison C. England |

Whereas, this Court entered an Order and a resulting Judgment in the above-captioned case on April 12, 2013 and April 15, 2013 respectively, against Plaintiff/Counterclaim Defendant VierraMoore, Inc.; and

Whereas, VierraMoore, Inc. and Continental Casualty Company have filed a Stipulation for Order Approving Stay on Cash Deposit in Lieu of Supersedeas Bond ("Stipulation") in response to the Order and Judgment; and

After reviewing the Stipulation (ECF No. 34) and finding it to be in compliance with all applicable statutes, orders and rules;

The Court HEREBY ORDERS,

1. A cash deposit with the Clerk of Court in the sum of $96,875 is approved in lieu of and instead of the supersedeas bond mentioned in Rule 62(d) of the Federal Rules of Civil Procedure.

2. On deposit of this sum, any proceedings and/or writs to enforce the judgment entered on

this action on April 15, 2013 are stayed pending the determination of Plaintiff/Counterclaim Defendant VierraMoore, Inc.'s appeal from this judgment.

      3.    During the appeal, the Clerk of this Court will redeposit the sum received from Plaintiff/Counterclaim Defendant VierraMoore, Inc. in an interest bearing account, and the interest generated by deposit will serve as additional security for Defendant/Counterclaimant Continental Casualty Company opposing the appeal.

      4.    Defendant/Counterclaimant Continental Casualty Company may, following the appeal, collect any monies owed under the terms of the judgment, or the judgment as modified on appeal, from the amount deposited by Plaintiff/Counterclaim Defendant VierraMoore, Inc. if Plaintiff/Counterclaim Defendant does not otherwise pay the judgment promptly. Collection may be by the means of a motion, with notice served on the Clerk of this Court and service to Plaintiff/Counterclaim Defendant VierraMoore, Inc.

      5.    If following the appeal, the judgment is reversed or the appeal is otherwise resolved such that Plaintiff/Counterclaim Defendant VierraMoore is entitled to return of the sums deposited herein in whole or in part, or if Plaintiff/Counterclaim Defendant VierraMoore, Inc. fully satisfies and obtains a satisfaction of the judgment from Defendant/Counterclaimant, the sums deposited with any interest earned may be returned to Plaintiff/Counterclaim Defendant VierraMoore in whole or in part by means of a motion, with notice served on the Clerk of this Court and service to Defendant/Counterclaimant Continental Casualty Company.

IT IS SO ORDERED.

Dated: September 26, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT