1  Thomas G. Trost (SBN 151961)
Gregory L. Maxim (SBN 204242)
2  SPROUL TROST LLP
3200 Douglas Boulevard, Suite 300
3  Roseville, California  95661
Telephone:  (916) 783-6262
4  Facsimile:   (916) 783-6252

5  Attorneys for Plaintiff/
Counterclaim Defendant VierraMoore, Inc.
6

7              IN THE UNITED STATES DISTRICT COURT

8          FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10  VIERRAMOORE, INC.; a California corporation

11                  Plaintiff;

12  v.

13  CONTINENTAL  CASUALTY  COMPANY;  an
Illinois  corporation  and  DOES  1  through  10,
14  inclusive;

15                  Defendants.

Case No.  2:12-CV-01926-MCE-EFB

**ORDER APPROVING STAY ON CASH
DEPOSIT IN LIEU OF SUPERSEDEAS
BOND**

Judge:    Hon. Morrison C. England

16

17       Whereas, this Court entered an Order and a resulting Judgment in the above-captioned case on

18  April 12, 2013 and April 15, 2013 respectively, against Plaintiff/Counterclaim Defendant VierraMoore,

19  Inc.; and

20       Whereas, VierraMoore, Inc. and Continental Casualty Company have filed a Stipulation for Order

21  Approving Stay on Cash Deposit in Lieu of Supersedeas Bond ("Stipulation") in response to the Order

22  and Judgment; and

23       After  reviewing  the  Stipulation  (ECF  No.  34)  and  finding  it  to  be  in  compliance  with  all

24  applicable statutes, orders and rules;

25       The Court HEREBY ORDERS,

26       1.       A cash deposit with the Clerk of Court in the sum of $96,875 is approved in lieu of and

27  instead of the supersedeas bond mentioned in Rule 62(d) of the Federal Rules of Civil Procedure.

28       2.       On deposit of this sum, any proceedings and/or writs to enforce the judgment entered on

this action on April 15, 2013 are stayed pending the determination of Plaintiff/Counterclaim Defendant VierraMoore, Inc.'s appeal from this judgment.

3.      During the appeal, the Clerk of this Court will redeposit the sum received from Plaintiff/Counterclaim Defendant VierraMoore, Inc. in an interest bearing account, and the interest generated by deposit will serve as additional security for Defendant/Counterclaimant Continental Casualty Company opposing the appeal.

4.      Defendant/Counterclaimant Continental Casualty Company may, following the appeal, collect any monies owed under the terms of the judgment, or the judgment as modified on appeal, from the amount deposited by Plaintiff/Counterclaim Defendant VierraMoore, Inc. if Plaintiff/Counterclaim Defendant does not otherwise pay the judgment promptly.  Collection may be by the means of a motion, with notice served on the Clerk of this Court and service to Plaintiff/Counterclaim Defendant VierraMoore, Inc.

5.      If following the appeal, the judgment is reversed or the appeal is otherwise resolved such that Plaintiff/Counterclaim Defendant VierraMoore is entitled to return of the sums deposited herein in whole or in part, or if Plaintiff/Counterclaim Defendant VierraMoore, Inc. fully satisfies and obtains a satisfaction of the judgment from Defendant/Counterclaimant, the sums deposited with any interest earned may be returned to Plaintiff/Counterclaim Defendant VierraMoore in whole or in part by means of a motion, with notice served on the Clerk of this Court and service to Defendant/Counterclaimant Continental Casualty Company.

IT IS SO ORDERED.

Dated:  September 26, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT