Thomas G. Trost (SBN 151961)
Gregory L. Maxim (SBN 204242)
SPROUL TROST LLP
3200 Douglas Boulevard, Suite 300
Roseville, California  95661
Telephone:  (916) 783-6262
Facsimile:  (916) 783-6252

Attorneys for Plaintiff VierraMoore, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIERRAMOORE, INC. a California corporation,<br><br>  Plaintiff,<br><br>v.<br><br>CONTINENTAL CASUALTY COMPANY, an Illinois corporation and DOES 1 through 10, inclusive,<br><br>  Defendants. | Case No.: 2:12-cv-01926-MCE-EFB<br><br>**ORDER FOR DISBURSEMENT OF DEPOSITED FUNDS**<br><br>Judge:   Hon. Morrison C. England, Jr. |

On or about October 24, 2013, Plaintiff posted a cash deposit in lieu of supersedeas bond with this Court in the amount of $96,875.

Pursuant to this Court's September 26, 2013 Order Approving Stay on Cash Deposit in Lieu of Supersedeas Bond, this Court directed the Clerk of this Court to redeposit the $96,875 received from Plaintiff in an interest bearing account.

Pursuant to this Court's Minute Order directing Plaintiff's counsel to file a proposed order for consideration of disbursement of deposited funds issued on August 28, 2015, and good cause appearing therefore,

IT IS HEREBY ORDERED that,

1. The Clerk of this Court shall disburse deposited funds in the amount of $77,500, including

{00979479;1}- 1 -

ORDER FOR CONSIDERATION OF DISBURSEMENT OF DEPOSITED FUNDS

post-judgment interest accruing at a rate of 0.12% compounded annually (pursuant to 28 U.S.C. § 1961), to Wiley Rein LLP DC/IOLTA (the "Payee");

    2. The address for the Payee is as follows:

> Wiley Rein LLP DC/IOLTA
> 1776 K Street NW
> Washington, DC 20006

    3. The Clerk of this Court shall disburse the remaining funds and interest remaining on deposit to Vierramoore, Inc. (the "Plaintiff");

    4.    The address for the Plaintiff is as follows:

> Vierramoore
> 2870 Gateway Oaks Drive
> Sacramento, CA  95833

    IT IS SO ORDERED.

Dated:  September 10, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT