Thomas G. Trost (SBN 151961)
Gregory L. Maxim (SBN 204242)
SPROUL TROST LLP
3200 Douglas Boulevard, Suite 300
Roseville, California  95661
Telephone:  (916) 783-6262
Facsimile:  (916) 783-6252

Attorneys for Plaintiff VierraMoore, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIERRAMOORE, INC. a California corporation,<br><br>      Plaintiff,<br><br>v.<br><br>CONTINENTAL CASUALTY COMPANY, an Illinois corporation and DOES 1 through 10, inclusive,<br><br>      Defendants. | Case No.: 2:12-CV01926-MCE-EFB<br><br>**AMENDED ORDER FOR DISBURSEMENT OF DEPOSITED FUNDS**<br><br>Judge:    Hon. Morrison C. England |

On or about October 24, 2013, Plaintiff posted a cash deposit in lieu of supersedeas bond with this Court in the amount of $96,875.

Pursuant to this Court's September 26, 2013 Order Approving Stay on Cash Deposit in Lieu of Supersedeas Bond, this Court directed the Clerk of this Court to redeposit the $96,875 received from Plaintiff in an interest bearing account. Those funds were deposited in a court registry fund administered by the Administrative Office of the Courts in accordance with Federal Rule of Civil Procedure 67 and 28 U.S.C. § 2041.

Pursuant to this Court's Minute Order directing Plaintiff's counsel to file a proposed order for consideration of disbursement of deposited funds issued on August 28, 2015, and good cause appearing therefore,

{00979479;1}- 1 -

IT IS HEREBY ORDERED that,

1. The Clerk of this Court shall disburse deposited funds in the amount of $77,500, as well as the interest corresponding to that amount as accrued by the court registry fund, to Wiley Rein LLP DC/IOLTA (the "Payee");

2. The address for the Payee is as follows:

> Wiley Rein LLP DC/IOLTA
> 1776 K Street NW
> Washington, DC 20006

3. The Clerk of this Court shall disburse the remaining funds and interest remaining on deposit to Vierramoore, Inc. (the "Plaintiff");

4. The address for the Plaintiff is as follows:

> Vierramoore
> 2870 Gateway Oaks Drive
> Sacramento, CA  95833

IT IS SO ORDERED.

Dated:  September 18, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT